IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN R. BLAIR, | ) | 8:07CV295 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on Plaintiff's motion to extend time to file brief. (Filing No. 7.) The court has reviewed the motion and affidavit in support. (Filing No. 8.) The court finds that Plaintiff has shown good cause for the extension of time to file his brief in accordance with this court's October 16, 2007 memorandum and order. (Filing No. 6.) Plaintiff's motion is therefore granted. On the court's own motion, the extension of time shall also apply to Case No. 07CV307.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff's motion to extend time to file brief (filing no. 7) is granted. Plaintiff shall have until January 5, 2008 in which to filed a detailed brief explaining how the circumstances have changed since the dismissal of the two previous lawsuits (Case Nos. 8:05CV31 and 4:04CV3229). In particular, Plaintiff's brief shall address the status of the state court criminal proceedings against him, how Case No. 8:07CV307 is different from Case No. 8:05CV31, and how Case No. 8:07CV295 is different from Case No. 4:04CV3229.

    2.    The Clerk of the court is directed to file this order in this case and in Case No. 07CV307.

3.     The Clerk of the court is directed to modify the pro se case management deadline in this case and in Case No. 07CV307 to the following text: January 5, 2008: Deadline for Plaintiff to file brief.

November 15, 2007.                    BY THE COURT:


                                       s/ Joseph F. Bataillon
                                      Chief United States District Judge