# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN R. BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV295 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion for Continuance (Filing No. 296). The court held a telephone conference with counsel on May 10, 2010.

**IT IS ORDERED:**

1. The defendants' Motion for Continuance (Filing No. 296) is granted.

2. The jury trial is continued from September 20, 2010, and is now set to commence, at the court's call, during the week of **November 15, 2010**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon. Unless otherwise ordered, jury selection shall be at the commencement of trial.

3. The final pretrial conference with the undersigned magistrate judge is rescheduled to **October 15, 2010, at 9:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge