**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **STEVEN R. BLAIR,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV295 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CITY OF OMAHA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion for Extension of Time (Filing No. 319).  Counsel's affidavit (Filing No. 319-1) was attached to the motion.  The plaintiff's counsel seeks an extension of unspecified deadlines for an unspecified amount of time due to a "family medical emergency".  Based on the case filings, the court is unable to determine whether good cause exists, not because of the reason for the extension, but because there is no indication for the type or length of extension sought.  Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion for Extension of Time (Filing No. 319) is held in abeyance until **September 7, 2010**.

2. The plaintiff shall have until **September 7, 2010**, to supplement the motion to include specific information about the type and length of extension(s) sought.

DATED this 24th day of August, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge