# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN R. BLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CV295 |
| v. ) | |
| ) | ORDER |
| CITY OF OMAHA, et al., ) | |
| ) | |
| Defendants. ) | |

Upon notice of settlement given to the court on March 18, 2011, by counsel for both parties,

**IT IS ORDERED that:**

1. **On or before April 15, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The trial previously scheduled is cancelled and the pending motions are terminated upon the representation that this case is settled.

DATED this 18th day of March, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge