IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STEVEN R. BLAIR, | ) | CASE NO. 8:07CV295 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT STIPULATION FOR DISMISSAL |
| CITY OF OMAHA, et al., | ) | |
| Defendants. | ) | |

COME NOW the Plaintiff Steven R. Blair and the Defendants Kevin Housh, Donald Truckenbrod, Michael Scott, Jason Christensen, City of Omaha, Randy Anderson a/k/a Randy Szemplenski, Paul Koltz, Patricia Osier, Jeffrey Morgan, Lawrence Reynard, Morgan Larson, James Skinner, and Donald Carey, and jointly move the Court for an order dismissing with prejudice the said Defendants from this action, with each party to pay their own costs.

WHEREFORE, the Plaintiff and the said Defendants pray for an order in accordance with the above.

STEVEN R. BLAIR, Plaintiff,

By: *(signature)*
Timothy L. Ashford, #19687
300 South 19th Street, Suite 316
Omaha, NE 68102
(402) 342-8888
Attorney for Plaintiff

KEVIN HOUSH, DONALD
TRUCKENBROD, MICHAEL SCOTT,
JASON CHRISTENSEN, et al.,
Defendants,

By: _____
Alan M. Thelen #17811
Deputy City Attorney
Timothy G. Himes #20544
Assistant City Attorney
1819 Farnam Street, Ste. 804
Omaha, NE 68183
402.444.5115
athelen@ci.omaha.ne.us
thimes@ci.omaha.ne.us
Attorneys for said Defendants