IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN R. BLAIR, | ) | **CASE NO. 8:07CV295** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF |
| | ) | DISMISSAL |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court upon the Joint Stipulation of the Plaintiff Steven R. Blair and the Defendants Kevin Housh, Donald Truckenbrod, Michael Scott, Jason Christensen, City of Omaha, Randy Anderson a/k/a Randy Szemplenski, Paul Koltz, Patricia Osier, Jeffrey Morgan, Lawrence Reynard, Morgan Larson, James Skinner, and Donald Carey, moving the Court for an order dismissing with prejudice the said Defendants from this action, with each party to pay their own costs. The Court finds that such an order should be entered.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Defendants Kevin Housh, Donald Truckenbrod, Michael Scott, Jason Christensen, City of Omaha, Randy Anderson a/k/a Randy Szemplenski, Paul Koltz, Patricia Osier, Jeffrey Morgan, Lawrence Reynard, Morgan Larson, James Skinner, and Donald Carey are hereby dismissed with prejudice from this action, with each party to pay their own costs.

DATED this 4th day of April, 2011.

BY THE COURT:

*s/ Joseph F. Bataillon*
U.S. District Court Judge