United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 11-2014
_____

Steven R. Blair,

  Appellant,

v.

City of Omaha, et al.,

  Appellees,

Appeal from the United States
District Court for the
District of Nebraska.

[UNPUBLISHED]

_____

Submitted: February 15, 2012
 Filed: March 22, 2012
_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.
_____

PER CURIAM.

  Steven Blair appeals the district court's[1] dismissal of two private individuals, Patty Dory and Lori Anzaldo, who were named as defendants in his 42 U.S.C. § 1983 action.[2] After careful review, we conclude that the claims in question are precluded

---

  [1]The HONORABLE JOSEPH F. BATAILLON, United States District Judge for the District of Nebraska.

  [2]Dory and Anzaldo were incorrectly identified in the case caption as district court judges. We previously summarily affirmed the dismissal of two other defendants, and Blair waived his claims against the remaining appellees.

Appellate Case: 11-2014  Page: 1  Date Filed: 03/22/2012 Entry ID: 3892874

by the doctrine of res judicata, as these defendants were dismissed with prejudice in a prior action brought by Blair. <u>Blair v. Anderson</u>, D. Neb. No. 4:04-cv-03229, R. Docs. No. 42, 57. Accordingly, we affirm, and we deny all pending motions.

_____

Appellate Case: 11-2014    Page: 2    Date Filed: 03/22/2012 Entry ID: 3892874